**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

November 25, 2024

**By ECF and email**
Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. James Boykin - VOSR**
21 Cr 679 (CS)

Dear Judge Seibel:

    I write requesting that the Court re-appoint me pursuant to the Criminal Justice Act *nunc pro tunc* to April 15, 2024 to represent Mr. Boykin on the VOSR proceeding scheduled that was resolved today.

    If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter and I will notify the CJA clerk's office.

    Thank you for your consideration in this matter.

Mr. Parker is appointed to represent Mr. Boykin nunc pro tunc to 4/15/24.

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/25/24

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street, 6th Fl.
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: All parties by ECF and email